**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SAMMY CARRANZA, *et al.*,

        Plaintiffs,

    vs.

U.S. BANK NATIONAL ASSOCIATION, *et al.*,

        Defendants.

Case No.: 2:15-cv-01471-GMN-CWH

**ORDER**

Pending before the Court is the Motion to Expunge the Lis Pendens, (ECF No. 37), filed by Defendant U.S. Bank National Association ("Defendant"). Upon a motion, the Court must dissolve a *lis pendens* if the recording party fails to demonstrate: (1) a likelihood of prevailing in the action; or (2) a fair chance of success and serious hardship that could result from a transfer of the property. Nev. Rev. Stat. 14.015(3); *see also Levinson v. Eighth Judicial Dist. Court*, 857 P.2d 18, 20-21 (Nev. 1993).

Here, Plaintiffs Sammy Carranza and Tera Carranza (collectively "Plaintiffs") have failed to file a Response, and the deadline to do so has expired. Thus, pursuant to Local Rule 7-2(d), the Court finds that Plaintiffs have consented to the granting of the Motion. *See* D. Nev. R. 7-2(d) ("The failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion."). Moreover, the Court finds that expunction of the *lis pendens* is warranted because all of Plaintiffs' claims have been dismissed with prejudice. *See, e.g.*, *Wensley v. First Nat. Bank of Nevada*, 874 F. Supp. 2d 957, 968 (D. Nev. 2012) (expunging a *lis pendens* after dismissing a complaint with prejudice).

/ / /

/ / /

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Expunge the Lis Pendens, (ECF No. 37), is **GRANTED**.

**IT IS FURTHER ORDERED** that the notice of *lis pendens* filed and recorded by or on behalf of Plaintiffs on the property located at 9264 Moose Country Place, Las Vegas, Nevada 89178 (APN 176-29-313-033) with the Clark County Recorder's Office as instrument number 201506150001774 is hereby cancelled and expunged.

**IT IS FURTHER ORDERED** that Defendant shall record a copy of this Order with the Clark County Recorder's Office within seven (7) days of its issuance.

**IT IS FURTHER ORDERED** that pursuant to the Court's Order dismissing the Complaint with prejudice, (ECF No. 32), the Clerk of Court is instructed to close the case.

**DATED** this __3__ day of January, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court